UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:120-00020-1 |
| v. | ) | Judge Haynes |
| JEREMY FRENCH | ) | |

### MOTION BY DEFENDANT JEREMY FRENCH FOR MARSHAL TRANSFER TO PRETRIAL DETENTION IN NASHVILLE, TENNESSEE

Comes now Jeremy French, by and through counsel and would show that he is charged in a very serious indictment in the Circuit Criminal Court for Davidson County Tennessee with a trial for same in May of 2013. Currently the U.S. Marshals have him housed in pretrial detainment in Bowling Green, Kentucky. This has proven to him to make nearly impossible his pretrial preparation with his state defense counsel, Mr. Jason Chaffin.

WHEREFORE, to protect the rights to access of counsel in the Tennessee criminal proceding, Accused prays that the Court order and/or authorize the Marshal to house him in Davidson County, Tennessee for so long as he is in their custody and is facing the Criminal Court charges in Nashville.

RESPECTFULLY SUBMITTED,

/s/ James Kevin Cartwright
JAMES KEVIN CARTWRIGHT (#011241)
Attorney at Law
120 South Second Street, Suite 201
Clarksville, Tennessee 37040

[Handwritten annotation: "Denied. Subject to availability, the Marshal is requested to address this defendant. [signature] 1-23-13"]