IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JEREMY FRENCH,<br><br>    Defendant. | No. 3:12-00020<br>Chief Judge Haynes |

## ORDER

Defendant, Jeremy French, filed motions to suppress statements, photo identification, and physical evidence (Docket Entry Nos. 127, 112, and 109), to which the Government filed a response (Docket Entry Nos.146, 149, and 150). An evidentiary hearing was held on February 15, 2013. For the reasons stated in open Court, the Court hereby **DENIES** the Defendant's motions to suppress (Docket Entry No. 127, 112, and 109).

It is so **ORDERED**.

**ENTERED** this the _19th_ day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court