UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:12-00020-1 |
| ) | Chief Judge Haynes |
| JEREMY FRENCH, ) | |
| ) | |
| ) | |

## ORDER

In accordance with the Memorandum filed herewith, the motion to dismiss for speedy trial violation (Docket Entry No. 123) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this ___15th___ day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court