UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 3:12-00020 |
| | ) | Chief Judge Haynes |
| JEREMY FRENCH | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO DEFENDANT'S MOTION FOR A NEW TRIAL**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an extension of time to Friday, April 5, 2013 to submit its response to the defendant's pending motion for a new trial and accompanying memorandum. (D.E. 222, 223). In support of the motion, counsel for the government advises that he is currently in the process of reviewing said motion and the issues raised therein, but needs additional time to complete this process prior to formulating the government's response. Accordingly, counsel respectfully requests an extension of ten (10) days to April 5, 2013 to submit the government's response in this matter.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151