UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3: 12-00020 |
| | ) | Chief Judge Haynes |
| JEREMY FRENCH | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION FOR A NEW TRIAL**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an additional extension of time to Tuesday, April 9, 2013 to submit its response to the defendant's pending motion for a new trial and accompanying memorandum. (D.E. 222, 223). In support of the motion, counsel for the government advises that he is currently in the process of finalizing the preparation of his response to said motion, but needs brief additional time to do so prior to submitting the response. Accordingly, counsel respectfully requests an additional extension of four (4) days to April 9, 2013 to submit the government's response in this matter.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151