UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | NO. 3:12-00020 |
| ) | CHIEF JUDGE HAYNES |
| ) | |
| JEREMY FRENCH ) | |

*[handwritten: ORDER. This motion and the Sentencing is set for October 21, 2013 at 3:30 pm]*

## MOTION TO SET SENTENCING HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, with the agreement of defense counsel, respectfully requests that the Court set the sentencing hearing in this matter for the afternoon of Monday, October 21, 2013, or to a date shortly thereafter convenient to the Court's schedule.

*[handwritten signature, 9-9-13]*

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

*s/ Philip H. Wehby*

---
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151